UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CASE NO. 06-58935-TJT
MARSHALL CRAWFORD  CHAPTER 13 PROCEEDINGS
 HON. THOMAS J. TUCKER

_____Debtor_____

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| MARSHALL CRAWFORD<br>PO BOX 341016<br>DETROIT, MI 48234-0000<br>SSN: XXX-XX-7724 | N/A | N/A | DEBTOR REFUND | 1328182 | 12/7/10 | $ 3,669.20 |

DATED: December 21, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226

CHAPTER 13 TRUSTEE-TLT-DETROIT
P.O. BOX 31-1930    2818231
DETROIT, MICHIGAN 48231-1930

0658935 00000 017414 1328182
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

*OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT*

Date: 12/07/2010  
Payee: CLERK OF US BANKRUPTCY COURT  
Check No: 1328182

| 0658935 | MARSHALL CRAWFORD | | | 3,669.20 | 0.00 | 3,669.20 |
|---|---|---|---|---|---|---|
| | ACCT: | CLAIM: 00000  TYPE: | Balance: | | 0.00 | |

---

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.   CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

**TAMMY L. TERRY**  
**TRUSTEE**

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT  
P.O. BOX 31-1930  
Detroit, MI 48231-1930  
(313)967-9857 FAX

64-79 / 611

**CHECK NO. 1328182**  
SunTrust Bank

**FOR** MARSHALL CRAWFORD  
BK:0658935 ACCT:  
PRIN: 3,669.20  INT: 0.00

**DATE Dec 07, 2010**  
**AMOUNT**  
******3,669.20

**PAY** **3,669.20**  
Three Thousand Six Hundred Sixty-Nine And 20 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT  
TRUST ACCOUNT  
VOID OVER $3,669.20  
VOID 90 DAYS AFTER DATE

**TO THE ORDER OF**  
CLERK OF US BANKRUPTCY COURT  
% DAVID BOICE/ UNCLAIMED  
211 W FORT ST  
DETROIT, MI 48226

*Tammy L. Terry*  
Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:                                CASE NO. 06-58935-TJT
MARSHALL CRAWFORD                    CHAPTER 13 PROCEEDINGS
                                                                   HON. THOMAS J. TUCKER

                 Debtor
_____

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

**METROPOLITAN LAW CENTER**
**29777 TELEGRAPH**
**SUITE 2500**
**SOUTHFIELD, MI 48034**

**Last Known Address for Debtor:**

**MARSHALL CRAWFORD**
**PO BOX 341016**
**DETROIT, MI 48234**

DATED: December 21, 2010                          /s/ TAMMY L. TERRY
                                                                           TAMMY L. TERRY, STANDING
                                                                            CHAPTER 13 TRUSTEE
                                                                            535 GRISWOLD
                                                                            SUITE 2100
                                                                            DETROIT, MI 48226