UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Marshall Crawford                      Case No. 06-58935-tjt

                                                   Chapter 7

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit the sum of <u>Four Thousand Four Hundred Three and 04/100</u> dollars ($4,403.04), of unclaimed funds held in the U.S. Treasury to:

                         Marshall Crawford
                         19985 Spencer
                         Detroit, MI 48234

**Signed on February 04, 2011**

                                                       /s/ Thomas J. Tucker
                                                       Thomas J. Tucker
                                                       United States Bankruptcy Judge